1

2              IN THE UNITED STATES DISTRICT COURT

3              FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   DARREN JEAN MILLER,

8          Plaintiff,                    CV F 05 0099 LJO WMW P

9

10         vs.                           ORDER RE: FINDINGS &
                                          RECOMMENDATIONS (#19)
11

12   RODERICK HICKMAN, et al.,

13         Defendants.

14

15

16          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

17   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

     Rule 72-302.

18          On February 5, 2007, findings and recommendations were entered, recommending

19   dismissal of this action for failure to state a claim upon which relief can be granted.   Plaintiff

20   was provided an opportunity to file objections within twenty days.   Plaintiff has not filed

21   objections to the findings and recommendations.

22          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

23   73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the

24   entire file, the court finds the findings and recommendations to be supported by the record and

25   proper analysis.

26

                                        1

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on February 5, 2007, are adopted in full; and

2.  This action is dismissed for failure to state a claim upon which relief can be granted.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    March 1, 2007**                                                **/s/ Lawrence J. O'Neill**
b9ed48                                                                              UNITED STATES DISTRICT JUDGE